STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-7234
    Nicholas.Parker3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUIS ALMICAR ERAZO-CENTENO,<br>    a/k/a "Pika,"<br><br>    Defendant. | NO. 3:19-CR-00367-10 CRB<br><br>[FILED AUGUST 8, 2019] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MELVIN ALEXIS DIAZ ARTEAGA;<br>GUSTAVO ERAZO; and<br>LUIS ALMICAR ERAZO-CENTENO,<br><br>    Defendants. | NO. 3:23-CR-00002 JSC<br><br>[FILED JANUARY 5, 2023]<br><br>**NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |

NOTICE OF RELATED CASES      1
U.S. v. Erazo-Centeno (No. 3:19-cr-00367-10 CRB)
U.S. v. Diaz Arteaga, et al. (No. 3:23-cr-00002 JSC)      v. 7/10/2018

1      Pursuant to Local Criminal Rule 8-1, the United States of America, hereby notifies the Court that the two above-captioned criminal cases are related. The more recent case, filed on January 5, 2023, in *United States v. Diaz Arteaga*, et al. (Case No. 3:23-cr-00002 JSC), involves "one or more of the same defendants" charged and convicted in the prior case, *United States v. Erazo-Centeno* (Case No. 3:19-cr-00367-10 CRB). In addition, the more recent case relates to events that occurred while one of the named defendants in that case, Luis Almicar Erazo-Centeno, was on supervised release after conviction in the prior case. The government has filed this notice on the docket in both above-captioned cases and provided a copy of the same to all counsel of record in the more recent case (Case No. 3:23-cr-00002 JSC).

       On August 8, 2019, a federal grand jury returned a three-count Indictment in Case No. 3:19-cr-00367 CRB charging several defendants, including Mr. Erazo-Centeno, with conspiracy to distribute and possess with intent to distribute heroin, methamphetamine, cocaine base, and cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B). *See* Dkt. 51. The Indictment also charged other defendants, but not Mr. Erazo-Centeno, with certain other drug offenses. *See id.* The government subsequently filed a one-count Superseding Information on July 21, 2021, charging Mr. Erazo-Centeno with conspiracy to distribute and possess with intent to distribute methamphetamine, heroin, and cocaine base, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C). *See* Dkt. 393. Mr. Erazo-Centeno pleaded guilty to the sole count in the Superseding Information on July 21, 2021. *See* Dkts. 394, 395. On February 16, 2022, Judge Breyer sentenced Mr. Erazo-Centeno to time served and imposed a three-year term of supervised release to begin that same day. *See* Dkts. 418–420. Because of certain open warrants, however, Mr. Erazo-Centeno was not released from custody until March 4, 2022. *See* Dkt. 423.

       On March 9, 2022, the Probation Office submitted a Form 12 Petition for Warrant for Person Under Supervision, alleging that the defendant violated a standard condition of his supervised release—that is, that he violated the condition requiring him to report to the Probation Office within 72 hours of his release from custody. *See* Dkt. 423. The Form 12 Petition also alleged that Mr. Erazo-Centeno failed to self-surrender to the Bureau of Immigration and Customs Enforcement on March 7, 2022, as he had agreed to do. *See id.* On November 21, 2022, the Probation Office submitted an Amended Form 12 Petition, alleging that the defendant violated a mandatory condition of his supervised release—that is, that he

NOTICE OF RELATED CASES                                   2
U.S. v. Erazo-Centeno (No. 3:19-cr-00367-10 CRB)
U.S. v. Diaz Arteaga, et al. (No. 3:23-cr-00002 JSC)                              v. 7/10/2018

violated the condition prohibiting him from committing another federal, state, or local crime. *See* Dkt. 449. The Amended Form 12 Petition alleged that Mr. Erazo-Centeno was arrested in Oakland on November 16, 2022, in possession of narcotics that he intended to sell. *See id.*

On January 5, 2023, a federal grand jury returned an eight-count Indictment in Case No. 3:23-cr-00002 JSC charging Mr. Erazo-Centeno with (i) possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) [Count Five]; and (ii) being an accessory after the fact, in violation of 18 U.S.C. § 3 [Count Six]. *See* Dkt. 17. The Indictment also charges other defendants, but not Mr. Erazo-Centeno, with certain other drug offenses. *See id.* [Counts 1–4, 7–8]. The facts underpinning the second violation of supervised release alleged in Case No. 3:19-cr-00367-10 CRB are the same as the facts underpinning the charges now pending against Mr. Erazo-Centeno in Case No. 3:23-cr-00002 JSC.

Accordingly, these cases are related within the meaning of Criminal Local Rule 8-1(b)(1) because they "concern one or more of the same defendants and the same alleged events, occurrences, transactions or property." The cases are also related within the meaning of Criminal Local Rule 8-1(b)(2) because they "appear likely to entail substantial duplication of labor if heard by different Judges."

Assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action. *See* Crim. L.R. 8-1(c)(4).

DATED: January 9, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Nicholas Parker*
NICHOLAS M. PARKER
Assistant United States Attorney

NOTICE OF RELATED CASES                                3
U.S. v. Erazo-Centeno (No. 3:19-cr-00367-10 CRB)
U.S. v. Diaz Arteaga, et al. (No. 3:23-cr-00002 JSC)                           v. 7/10/2018